**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SANDRA PHILLIPS                                                                    PLAINTIFF

v.                                    5:11-CV-00185-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                          DEFENDANT

<u>ORDER OF RECUSAL</u>

It has come to the Court's attention that Jeffrey Kearney, brother to the undersigned Magistrate Judge, served as Plaintiff's counsel during the underlying administrative proceedings. Accordingly, Jerome Kearney, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C. § 455.

IT IS SO ORDERED this 2nd day of <u>July</u>, 2012.

_____
United States Magistrate Judge