IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SANDRA PHILLIPS**                                                         **PLAINTIFF**

**VS.**                  **CASE NO. 5:11CV00185 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this __8__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE